IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN SELF, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv935-ID |
| v. | ) |
| | ) |
| H.B. PAULK WHOLESALE GROCERS, INC., et al., | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Defendants' motions to strike, filed October 16, 2006 (Doc. Nos. 3-4), it is ORDERED that Plaintiff show cause, if any be, on or before October 31, 2006, why said motions should not be granted.

DONE this 17th day of October, 2006.

                               /s/ Ira DeMent
                               SENIOR UNITED STATES DISTRICT JUDGE