## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN SELF, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>H.B. PAULK WHOLESALE GROCERS, )<br>INC., APEX BENEFITS SERVICES, JEFF )<br>GWYNNE, and GARY ADAMSON )<br>)<br>Defendant. | CIVIL ACTION NO. 2:06-cv-00935-ID-CSC |

### NOTICE OF APPEARANCE

Charles A. Stewart III, Amelia T. Driscoll, and the law firm of Bradley Arant Rose & White LLP, hereby give notice of appearance as counsel for H.B. Paulk Wholesale Grocers Inc., the Defendant in this cause, and ask that the Court and Plaintiff serve them with copies of all pleadings, orders, discovery, and other documents at the below address:

>Charles A. Stewart III (STE067)
>**Bradley Arant Rose & White LLP**
>The Alabama Center for Commerce
>401 Adams Avenue, Suite 780
>Montgomery, AL 36104

>Amelia Driscoll (DRI016)
>**Bradley Arant Rose & White LLP**
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, AL 35203

Dated this the 27th day of October, 2006.

Respectfully submitted,

s/ Charles A. Stewart III
Charles A. Stewart, III (STE067) (asb-4955-a56c)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: cstewart@bradleyarant.com

Amelia T. Driscoll (DRI016) (asb-0276-a32t)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Phone: (205)521-8000
Fax: (205)521-8800
Email: adriscoll@bradleyarant.com

**Attorneys for Defendant
H.B. Paulk Wholesale Grocers Inc.**

1/1505269.1                             2

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

     Benjamin M. Bowden, Esq.
     Albrittons, Clifton, Alverson, Moody,
       & Bowden, PC
     109 Opp Avenue
     Post Office Box 880
     Andalusia, AL  36420

     A. Riley Powell IV, Esq
     The Powell Law Firm
     201 Troy Street
     Post Office Drawer 969
     Andalusia, AL  36420

and I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:  None.

                                                      s/ Charles A. Stewart III